1   Michael B. Wixom, Esq.
Nevada Bar No. 2812
2   Christopher L. Benner, Esq.                          **E-Filed December 21, 2018**
Nevada Bar No. 8963
3   SMITH LARSEN & WIXOM
Hills Center Business Park
4   1935 Village Center Circle
Las Vegas, Nevada 89134
5   Tel:  (702) 252-5002
Fax:  (702) 252-5006
6
Email: mbw@slwlaw.com
7        clb@slwlaw.com
Attorneys for Wells Fargo Equipment
8   Finance, Inc. a Minnesota Corporation
9

10                  **UNITED STATES BANKRUPTCY COURT**

11                          **DISTRICT OF NEVADA**

12                                              )   Case No.: 18-16355-BTB
13   IN RE                                      )   Chapter 11
)
14   MARQUE MOTOR COACH, LLC,                    )   **MOTION TO COMPEL ASSUMPTION**
)   **OR REJECTION OF UNEXPIRED**
15                                              )   **LEASES**
Debtor                                    )
16                                              )
)   Hearing Date:  **January 29, 2019**
17                                              )   Hearing Time: **10:00 a.m.**
)
18                                              )
_____  )
19

20         Wells Fargo Equipment Finance, Inc., a Minnesota Corporation (herein, "**WFEFI**"),

21   by and through its attorneys, Smith Larsen & Wixom, hereby files this Motion to Compel

22   Assumption or Rejection of Unexpired Leases. This Motion is made based upon 11 U.S.C. §

23   105(a) and § 365(d)(2) of the Bankruptcy Code for an Order compelling Marque Motor

24
Coach, LLC, debtor and debtor-in-possession ("Marque") to assume or reject the unexpired
25
lease described below. In Support of this Motion, WFEFI submits the Points and Authorities
26
set forth herein.
27

28

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

**POINTS AND AUTHORITIES**

**FACTS**

1.      On October 24, 2018, Marque filed a Voluntary Petition for protection under Chapter 11 as Case No. 18-16355-BTB

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3.      On or about December 23, 2015, in the State of Nevada, Clark County, Grech Financial Services, Inc., d.b.a. Edson Financial ("**Grech**") agreed to extend a lease to Marque for a 2016 Volvo 9700 Motor Coach ("**467691-400 Lease**"). The 469691-400 Lease was, and is, evidenced by that certain Equipment Lease, dated December 23, 2015 (the "**467691-400 Agreement**"), executed by Jeffrey Whiteaker for Marque in favor of Grech. A copy of the 467691-400 Agreement is attached hereto as Exhibit 1 and is incorporated herein by this reference.

4.      Under the original terms of the 469691-400 Lease, Marque agreed to pay Grech eighty-three (83) payments of $5,459.00 and one (1) payment of $84,000.00.

5.      The 2016 Volvo 9700 Motor Coach serves as the collateral for the 469691-400 Lease.

6.      On or about November 21, 2017, WFEFI and Marque entered in an Amendment which modified the payment terms of the 469691-400 Lease, extending the term to eighty-seven (87) months, with sixty-five (65) installments, composed of three (3) installments of $1,895.72, sixty-one (61) installments of $5,459.00, and one (1) installment of $84,000. A true and correct copy of the Amendment is attached hereto as Exhibit 2 and is incorporated herein by this reference.

7.      Grech assigned all right, title and interest in the 467691-400 Agreement to

2

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

WFEFI. *See* Exhibit 3. The 467691-400 Lease and Agreement are assigned WFEFI account # 001-0467691-400.

8.      As of the date of filing of the instant case, the balance of payments due under the 467691-400 Lease was \$17,728.08, post-petition missed payments totaling \$11,818.72, with current late charges of \$1,091.80, and with the total balance due of \$345,484.62.

9.      Marque's Schedule D estimates the value of the 2016 Volvo 9700 Motor Coach at \$350,000.00 which WFEFI accepts as the value at this time.

10.      To the best of WFEFI;s knowledge, information and belief, based upon Mr. Jeffrey Whiteaker's testimony at Marque's 341 meeting, the 2016 Volvo 9700 Motor Coach is located at 6625 S. Valley View Blvd., Las Vegas, Nevada.

11.      On or about December 23, 2015, in the State of Nevada, Clark County, Grech agreed to extend a lease to Marque for a 2015 Mercedes Benz Sprinter Shuttle Bus  ("**467691-401 Lease**"). The 469691-401 Lease was, and is, evidenced by that certain Equipment Lease, dated December 23, 2015 (the "**467691-401 Agreement**"), executed by Jeffrey Whiteaker for Marque in favor of Grech. A copy of the 467691-401 Agreement is attached hereto as Exhibit 4 and is incorporated herein by this reference.

12.      Under the original terms of the 469691-401 Lease, Marque agreed to pay Grech sixty (60) payments of \$1,866.00.

13.      The 2015 Mercedes Benz Sprinter Shuttle Bus serves as the collateral for the 469691-401 Lease.

14.      On or about November 21, 2017, WFEFI and Marque entered in an Amendment which modified the payment terms of the 469691-401 Lease, extending the term to sixty-three (63) months, with forty (40) installments, composed of three (3) installments of \$344.91 and thirty-seven (37) installments of \$1,866.00. A true and correct copy of the

3

Amendment is attached hereto as Exhibit 5 and is incorporated herein by this reference.

15.     Grech assigned all right, title and interest in the 467691-401 Agreement to WFEFI. *See* Exhibit 6. The 467691-401 Lease and Agreement are assigned WFEFI account # 001-0467691-401.

16.     As of the date of tiling of the instant case, the balance of payments due under the 467691-401 Lease was $2,019.95, post-petition missed payments totaling $4,039.90, with current late charges of $373.20, and a total balance due of $53,815.82.

17.     Marque's Schedule D estimates the value of the 2015 Mercedes Benz Sprinter Shuttle Bus at $50,000.00 which WFEFI accepts as the value at this time.

18.     To the best of WFEFI's knowledge, information and belief, based upon Mr. Jeffrey Whiteaker's testimony at Marque's 341 meeting, the 2015 Mercedes Benz Sprinter Shuttle Bus is located at 6625 S. Valley View Blvd., Las Vegas, Nevada.

## **LEGAL ARGUMENTS**

Section 365( d)(2) states, in relevant part:

> In a case under Chapter ... 11 ... of this title, the trustee may assume or reject an executory contract or unexpired lease of ... personal property of the debtor at any time before confirmation of a plan but the court, on request of any party to such contract or lease, may order the trustee to determine within a specified period of time whether to assume or reject such contract or lease.

"Reasonable time" within which to affirm or reject a lease under 11 U.S.C. § 365(d)(2) is left to the bankruptcy court's discretion in light of the circumstances of a particular case. *In re Attorneys Office Mgmt., Inc.,* 29 B.R. 96, 98 (Bankr. C.D. Cal. 1983) (citing *In re Theatre Holding Corp.* v. *Mauro,* 681 F.2d 102, 105 (2d Cir.,1982)).

Courts have used various factors to determine what constitutes "reasonable time" for purposes of § 365(d)(2) including: (a) the nature of the interests at stake, (b) the balance of harm to the parties, ( c) the safeguards afforded to the parties, (d) the damage third parties

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

may suffer beyond the compensation available under the Bankruptcy Code, (e) the debtor's failure or ability to satisfy post-petition obligations, (f) the purposes of chapter 11, (g) the importance of the contract in relation to the debtor's reorganization, and (h) whether the action to be taken is so in derogation of Congress' scheme as to be said to be arbitrary, *Adelphia Commc'ns Corp.,* 291 B.R. 283,292-294 (Bankr. S.D.N.Y. 2003).

Nearly 60 days have now passed since the filing of the instant case and Marque continues to receive the benefit of the 2016 Volvo 9700 Motor Coach and the 2015 Mercedes Benz Sprinter Shuttle Bus without making any payment or providing any consideration to WFEFI. This constitutes a substantial basis for requiring Marque to make an immediate determination to either assume or reject the 467691-400 Lease and/or the 467691-401 Lease.

11 U.S.C. § 365(b)(l) requires that, before a debtor can assume an executory contract or unexpired lease, that debtor must cure existing defaults and provide adequate assurance of future performance under the lease. If Marque seeks to assume the 467691-400 Lease and/or the 467691-401 Lease, it will be required to cure all pre-petition and post-petition arrears, together with attorney's fees, costs and expenses.

If Marque determines to reject the 467691-400 Lease and/or the 467691-401 Lease, it should be required to do so immediately in order to avoid damages to WFEFI resulting from damage to the 2016 Volvo 9700 Motor Coach and the 2015 Mercedes Benz Sprinter Shuttle Bus and/or wear and tear, age and deterioration of the vehicles and any other loss in value of the vehicles, and any administrative expenses accruing from the Debtor's continued possession and use of the vehicles without making required payments.

Thus, Marque should be directed to immediately pay to WFEFI, or give adequate assurance of the prompt payment of the sum of $19,748.03, representing payment of the

5

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

prepetition arrears as of the filing of the instant case. Such sum does not include late fees, interest, costs or attorneys' fees due under the 467691-400 Lease or the 467691-401 Lease.

Marque has failed to provide any payments or consideration to WFEFI, yet continues to receive the benefit of the retention and use of the 2016 Volvo 9700 Motor Coach and the 2015 Mercedes Benz Sprinter Shuttle Bus. WFEFI urges this Court to compel Debtor to assume or reject the 467691-400 Lease or the 467691-401 Lease immediately or within such time as the Court deems proper. In addition, if Marque elects to assume the 467691-400 Lease or the 467691-401 Lease, it must pay, or give adequate assurance of the prompt payment of the pre- and post-petition arrears. If Marque elects to reject the 467691-400 Lease or the 467691-401 Lease, it should be required to immediately surrender the 2016 Volvo 9700 Motor Coach or the 2015 Mercedes Benz Sprinter Shuttle Bus to WFEFI and pay all post-petition sums due to WFEFI. Notwithstanding the foregoing, WFEFI reserves the right to file a claim for administrative expenses.

Furthermore, Section 365(d)(5) requires payment of post-petition lease payments under an equipment lease such as the 467691-400 Lease and the 467691-401 Lease from December 23, 2018 (60 days from the petition date) until the leases are rejected (if they are indeed rejected).

## CONCLUSION

Based upon the foregoing, WFEFI respectfully requests that the Court enter an order requiring timely payment of post-petition lease payments under the 467691-400 Lease and the 467691-401 Lease and compelling Marque to assume or reject the 467691-400 Lease and the 467691-401 Lease immediately or within such time as this Court deems proper. In addition, WFEFI requests that this Court order Marque to pay, or give adequate assurance of the

6

prompt payment of, all arrears due WFEFI if it elects to assume the 467691-400 Lease or the

467691-401 Lease.

Dated this 21st day of December, 2018

SMITH LARSEN & WIXOM


*/s/ Christopher L. Benner*
Michael B. Wixom, Esq.
Nevada Bar No. 2812
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Wells Fargo
Equipment Finance, Inc. a
Minnesota Corporation

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

7